NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000392
13-MAY-2019
08:15 AM

NO. CAAP-18-0000392

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HARRY E. MOORE, Claimant-Appellant-Appellant,
v.
ROBERTS HAWAII, INC., Employer-Appellee-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-310, DCD NO. 2-90-10587)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) Claimant-Appellant-Appellant Harry E. Moore (Moore), pro se, conventionally filed the notice of appeal on May 3, 2018, and the clerk of the Labor and Industrial Relations Appeals Board (LIRAB) electronically filed the notice of appeal on May 8, 2018;

(2) On July 9, 2018, the LIRAB clerk filed the record on appeal, and on July 10, 2018, the appellate clerk notified the parties that the statement of jurisdiction and the opening brief were due on or before July 19, 2018, and August 20, 2018, respectively;

(3) Moore did not file either document or request an extension of time;

(4) On August 31, 2018, the appellate clerk notified Moore that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 10, 2018, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Moore may request relief from default by motion; and

(5) Moore took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, May 13, 2019.

Presiding Judge

Associate Judge

Associate Judge

2